**General Notes Regarding the Schedules and Statement of the Debtor**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement" and collectively, with the Schedules the "Schedules and Statement") of the Debtor have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor's management with the assistance of their court-appointed advisors and are unaudited. The Debtor makes no representation that any of the financial information contained in the Schedules and Statement has been prepared in accordance with GAAP.

Although management has made every reasonable effort to ensure that the Schedules and Statement are accurate and complete based on the information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statement, and inadvertent errors or omissions may exist. Moreover, because the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statement are complete. The Debtor reserves all rights to amend and/or supplement its Schedules and Statement as is necessary and appropriate. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Confidentiality. There may be instances within the Schedules and Statement where either names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and a third party. The Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

Causes of Action. The Debtor, despite efforts, may not have set forth all of its claims or causes of action against third parties as assets in their Schedules and Statement. The Debtor reserves any and all of its rights with respect to any and all claims or causes of action it may have, and neither these General Notes, the Specific Notes nor the Schedules or Statement shall be deemed a waiver of any such claim or cause of action.

Claims Description. Any failure to designate a claim on the Debtor's Schedules as "*disputed*", "*contingent*", or "*unliquidated*" does not constitute an admission by the Debtor that such amount is not "*disputed*", "*contingent*", or "*unliquidated*." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "*disputed*", "*contingent*", or "*unliquidated*." Moreover, the Debtor reserves the right to challenge the amount, nature and classification of any claim or item listed on its Schedules.

Current Market Value of Assets. It would be expensive and unduly burdensome to obtain current market valuations of all the Debtor's property interests. Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected in the Debtor's Schedules. Amounts ultimately realized from any asset, or the actual value of any such asset to the extent it must be determined in connection with this chapter 11 case, may vary from the values stated in the Schedules and Statement and such variance may be material. The Debtor reserves the right to contend and/or prove that the value of any asset set forth in the Schedules may, in fact, be different from the value ascribed to that asset in the Schedules.

Debtors. Inter-company balances and interests in subsidiaries have been set forth in the Schedules and Statements to the best of the Debtor's knowledge, information, and belief at book value.

Inventories. Inventories are valued at the lower of cost, determined on the First-In, First-out (FIFO) method, or market. Additionally, all inventories and plant and equipment are presented without consideration of any statutory or consensual lien.

Specific Notes. These General Notes are in addition to the specific notes set forth in the Schedules and Statement. Disclosure of information in one Schedule, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement. The fact that the Debtor has prepared a note with respect to a particular

Schedule or Statement and not to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such note to any or all of the Debtor's remaining Schedules or Statement, as appropriate.

Dates.  Unless otherwise indicated, all amounts are listed as of January 6, 2011, the date the Debtor commenced its chapter 11 case (the "Commencement Date").

Schedule F - Creditors Holding Unsecured Non Claims. The liabilities identified in Schedule F are derived from the Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against the Debtor may vary significantly from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtor and its professionals have generated financials the Debtor believes to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout this chapter 11 case.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule F.

Schedule G – Executory Contracts. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred. The Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Moreover, the Debtor reserves its rights to dispute the characterization of any contract in Schedule G as executory. The listing of a purported executory contract or unexpired lease on Schedule G is not an admission by the Debtor that the contract in fact is executory or the lease is in fact (a) a "true" lease - and not a disguised financing transaction or (b) unexpired.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider. The failure to list a supplier or provider in multiple entries, however, is not a waiver of the Debtor's right to claim that an executory contract or unexpired lease is, in fact, multiple agreements rather than one integrated agreement.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

General Reservation of Rights

The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of its Schedules and Statements as and to the extent necessary as appropriate.

B6 Summary (Official Form 6 – Summary (12/07)

# UNITED STATES BANKRUPTCY COURT

In re: __Julius Realty Corporation__                         Case No. __11-10393 (NLW)__
           **Debtor**                                                                   **(If known)**
                                                                                  Chapter <u>11</u>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $18,100,000.00 | | |
| B - Personal Property | YES | 4 | $3,479,764.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $13,514,829.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 3,969,001.19 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | | | | |
| TOTAL | | 14 | $21,579,764.00 | $17,483,830.41 | |

RLF1-3234240-1

B6A (Official Form 6A) (12/07)

**In re:  Julius Realty Corporation**    Case No.  **11-10393 (NLW)**
                    **Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | DATE OF APPRAISAL |
|---|---|---|---|---|---|
| 1 | Industrial Property - Comprised of: 47,173 rentable SF on 2.8 acres of Land. | 1818 Orangethorpe Ave. Fullerton, CA | Fee Simple | $ 5,200,000.00 | 7/6/2010 |
| 2 | Commercial Property - Comprised of: Contractor Storage Yard 5,010 SF Land | 1155, 1171, 1179, 1185 W. La Cadena Dr. 3190 Interchange St. 3171 Columbia Ave Riverside, CA | Fee Simple | 950,000.00 | 7/14/2010 |
| 3 | Single Tenant Industrial Property - 19,200 SF Building on 1.38 acres | 8585 Thys Court Sacramento, CA | Fee Simple | 950,000.00 | 7/8/2010 |
| 4 | Industrial Property - 26,614 SF Building on 5.07 acres | 6680 Surrey St. 2180 Palma Ln. Las Vegas, NV | Fee Simple | 4,400,000.00 | 7/6/2010 |
| 5 | Industrial Property - 109,850 SF Building on 10.78 acres | 6 Litho Rd. Lawrenceville, NJ | Fee Simple | 6,600,000.00 | 7/15/2010 |
| | | | Total → | $ 18,100,000 | |

RLF1-3234264-1

B 6B (Official Form 6B) (12/07)

**In re:** **Julius Realty Corporation** **Case No.** **11-10393 (NLW)**
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

　　　　Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If' additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

　　　　**Do not list interests in executory contracts and unexpired leases on this schedule,. List them in Schedule G - Executory Contracts and Unexpired Leases**

　　　　If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property " If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as :A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money Market Account 1495<br><br>Checking - General Account 5839 | Comerica Bank, Costa Mesa, CA<br><br>Comerica Bank, Costa Mesa, CA | 594,710.85<br><br>25,339.82 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |

RLF1-3234272-1

B 6B (Official Form 6B) (12/07) — Cont.

**In re: Julius Realty Corporation**      **Case No. 11-10393 (NLW)**
                   Debtor                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel | X | | | |
| 7. Furs and jewelry | X | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | General Liability, #72UUNUM5906<br>Business Auto, #72UUNUM5906<br>Earthquake, #LHQ416703 | Hartford Insurance Co.<br>Hartford Insurance Co.<br>Landmark American Ins. Co. | Unknown |
| 10. Annuities. Itemize and name each issuer | X | | | |
| 11. Interests in an education IRA as defined in 26 USC § 530(6)(1) or under a qualified State tuition plan as defined in 26 U S C § 529(b)(1) Give particulars. (File separately the record(s) of any such interest(s). 11 U S C § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14 Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | | | $1,222,993.00 |

RLF1-3234272-1

B 6B (Official Form 6B) (12/07) — Cont.

**In re: Julius Realty Corporation**   **Case No. 11-10393 (NLW)**
                 Debtor                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or maybe entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property | X | | | |
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Note Receivable - US Eagle Corp. | Elizabeth, NJ | 827,055.23 |
| | | Advances To US Eagle Corporation | Elizabeth, NJ | 779,799.32 |
| 22 Patents copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Goodwill | | 26,975.30 |
| 24 Customer lists or other compilations containing personally identifiable information | X | | | |

RLF1-3234272-1

B 6B (Official Form 6B) (12/07) — Cont.

**In re:  Julius Realty Corporation**                                    **Case No. 11-10393 (NLW)**
                 **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories | | 2007 Mercedes Benz WDDDJ72X47A096176 | Anaheim, CA | 0.00 |
| 26. Boats motors, and accessories | X | | | |
| 27. Aircraft and accessories | X | | | |
| 28. Office equipment furnishings, and supplies. | | See Schedule B.29 | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture and Fixtures | Anaheim, CA | 1,689.48 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Prepaid Expenses - Insurance | | 1,201.00 |
| | | No Continuation sheets attached     Total ➔ (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.) | | $ 3,479,764.00 |

In re:   **Julius Realty Corporation**                             Case No.   **11-10393 (NLW)**
                    **Debtor**                                                        **(If known)**

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS NAME AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Comerica Bank** | **X** | **75 E. Trimble Ln. Mail Code 4770 San Jose, CA 95131** | **05/12/2006 12/15/2010 Mortgage – Pama Lane**<br><br>**VALUE** | | | | **$ 1,478,635.81** | **Unknown** |
| **ACCOUNT NO.**<br><br>**Comerica Bank** | **X** | **75 E. Trimble Ln. Mail Code 4770 San Jose, CA 95131** | **05/12/2006 12/15/2010 Mortgage – Surrey St.**<br><br>VALUE $ | | | | 1,600,927.47 | **Unknown** |
| **ACCOUNT NO.**<br><br>**Comerica Bank** | **X** | **75 E. Trimble Ln. Mail Code 4770 San Jose, CA 95131** | **05/12/2006 07/07/2008 12/13/2010 Guarantor Blanket Lien Personal Property**<br>VALUE $ | **X** | **X** | | 10,435,265.94 | **Unknown** |
| No continuation sheets attached | | | Subtotal ►<br>(Total of this page) | | | | **$ 13,514,829.22** | **Unknown** |
| | | | Total ►<br>(Use only on last page) | | | | **$ 13,514,829.22** | **Unknown** |
| | | | | | | | (Report also on Summary of Schedules). | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

RLF1-3234366-1

B 6E (Official Form 6E) (12/07)

In re:  **Julius Realty Corporation**                                              Case No.  **11-10393 (NLW)**
                              **Debtor**                                                                                                                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[x]    **Domestic Support Obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[x]    **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[x]    **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[x]    **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

RLF1-3234377-1

6 BE (Official Form 6E) (12/07) - Cont.

In re: __Julius Realty Corporation__                           Case No. __11-10393 (NLW)__
      **Debtor**                                             **(If known)**


☒  **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒  **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☒  **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☒  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


\*  Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


2 Continuation Sheets Attached

RLF1-3234377-1

B 6E (Official Form 6E) (12/07) - Cont.

**In re:** __Julius Realty Corporation__                **Case No.** __11-10393 (NLW)__
               **Debtor**                                                                 **(If known)**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet 1) Type of Priority for Claims Listed on This Sheet

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> RIVERSIDE COUNTY SECURED PROPERTY TAX | X | DON KENT, RIVERSIDE COUNTY TREASURER PO BOX 12005, RIVERSIDE, CA. 92502 | Taxing Authority - For Notice Purposes Only | X | X | X | Unknown | Unknown | Unknown |
| **ACCOUNT NO.** <br><br> CLARK COUNTY TREASURER, | X | 500 S GRAND CENTRAL PKWY 1ST FLOOR, P.O. BOX 551220, LAS VEGAS, NV 89155 | Taxing Authority – For Notice Purposes Only | X | X | X | Unknown | Unknown | Unknown |
| **ACCOUNT NO.** <br><br> ORANGE COUNTY TREASURER TAX COLLECTOR, | X | PO BOX 1438, SANTA ANA, CA 92702 | Taxing Authority – For Notice Purposes Only | X | X | X | Unknown | Unknown | Unknown |
| **ACCOUNT NO.** <br><br> SACRAMENTO COUNTY SECURED TAX UNIT | X | PO BOX 509, SACRAMENTO, CA 95812-0508 | Taxing Authority – For Notice Purposes Only | X | X | X | Unknown | Unknown | Unknown |
| **ACCOUNT NO.** <br><br> SAN DIEGO COUNTY TAX COLLECTOR , | X | PO BOX 129009, SAN DIEGO, CA. 92112 | Taxing Authority – For Notice Purposes Only | X | X | X | Unknown | Unknown | Unknown |

RLF1-3234377-1

6 BE (Official Form 6E) (12/07) - Cont.

| | | | | |
|---|---|---|---|---|
| Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals ►<br>(Totals of this page) | $0.00 | $0.00 | $0.00 |
| | Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $0.00 | | |
| | Totals ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $0.00 |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **American Express**<br>PO Box 1270<br>Newark, NJ 07101-1270 | | | | | | $ 403.92 |
| **Boznanski Enterprises II**<br>283 North Rampart St.<br>Orange, CA 92668-1850 | | | | | | 500.00 |
| **City of Anaheim**<br>200 South Anaheim Boulevard<br>Anaheim, CA 92805 | | | | | | 95.00 |
| **Eagle One Golf Products, Inc.**<br>1340 N. Jefferson St<br>Anaheim, CA 92807 | | | X | X | | 2,643.26 |
| **1** continuation sheets attached | | | | Subtotal ▶ | | $ 3,642.18 |
| | | Total ▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data..) | | | | $ |

**In re:** Julius Realty Corporation                  **Case No.** 11-10393 (NLW)
             **Debtor**                                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Nevada Legal News<br>930 South Fourth St.<br>Suite 100<br>Las Vegas, NV 89101-6845 | | | | | | 26.95 |
| Traffic Control Services, Inc.<br>A California Corporation<br>1818 E. Orangethorpe Ave.<br>Fullerton, CA 92831 | | | X | X | | 3,284,210.28 |
| Traffic Control Services, Inc.<br>A Nevada Corporation<br>6680 Surrey Street<br>Las Vegas, NV 89119 | | | X | X | | 461,942.86 |
| US Eagle Litho, Inc.<br>582 Progress St.<br>Elizabeth, NJ 07201 | | | X | X | | 219,178.92 |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal ▶      **$ 3,965,359.01**

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data..)      **$ 3,969,001.19**

**In re:  Julius Realty Corporation**          **Case No.  11-10393 (NLW)**
                      **Debtor**          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | CONTRACT PROPERTY ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. |
|---|---|---|
| Traffic Control Service, Inc. (Nevada)<br>6680 Surrey Street<br>Las Vegas, NV 89119 | 2180 Pama Lane,<br>Las Vegas, NV 89119 | Commercial Lease<br>Real Property |
| Traffic Control Service, Inc. (California)<br>1818 E. Orangethorpe Ave.<br>Fullerton, CA 92831 | 3190 Interchange St.<br>Riverside, CA 92502 | Commercial Lease<br>Real Property |
| Traffic Control Service, Inc. (California)<br>1818 E. Orangethorpe Ave.<br>Fullerton, CA 92831 | 8585 Thys Court<br>Sacramento, CA | Commercial Lease<br>Real Property |
| Bway Corporation<br>Attn: Kevin Kern, CAO<br>8607 Roberts Dr; Ste 250<br>Atlanta, GA 30350 | 6 Litho Ln<br>Lawrence Township, NJ | Settlement Agreement |
| Bway Corporation<br>Attn: Kevin Kern, CAO<br>8607 Roberts Dr; Ste 250<br>Atlanta, GA 30350 | 6 Litho Ln<br>Lawrence Township, NJ | Commercial Lease<br>Real Property |
| Vegas Valley Fire Protection<br>5740 South Arville St.; Ste. 203<br>Las Vegas, NV 89118 | | Fire Sprinkler and Fire Pump Inspection Contract |
| Mullen & Sons Contractors, Inc<br>8 Audrey Pl<br>Fairfield, NJ 07004 | 6 Litho Ln<br>Lawrence Township, NJ | Roofing Contract |
| Grubb & Ellis Company<br>3281 E. Guasti Rd.; Ste. 600<br>Ontario, CA 91761 | 1155 -1189 W. La Cadena Dr.<br>3171 Columbia Ave<br>3190 Interchange St.<br>Riverside, CA 92502 | Real Estate Listing Contract |

RLF1-3234446-1

B 6H (Official Form 6H) (12/07)

**In re:** **Julius Realty Corporation**　　　　　　　　　　　**Case No.** **11-10393 (NLW)**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE H – CODEBTORS

　　　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's name and the name of the address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and  Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| **NAME AND ADDRESS OF CODEBTOR** | **NAME AND ADDRESS OF CREDITOR** |
|---|---|
| US Eagle Corporation<br>582 Progress St.<br>Elizabeth, NJ 07201 | Comerica Bank<br>75 E. Trimble Ln.<br>Mail Code 4770<br>San Jose, CA 95131 |
| Traffic Control Service, Inc. (Nevada)<br>6680 Surrey Street<br>Las Vegas, NV 89119 | Comerica Bank<br>75 E. Trimble Ln.<br>Mail Code 4770<br>San Jose, CA 95131 |
| Traffic Control Service, Inc. (California)<br>1818 E. Orangethorpe Ave.<br>Fullerton, CA 92831 | Comerica Bank<br>75 E. Trimble Ln.<br>Mail Code 4770<br>San Jose, CA 95131 |
| Eagle One Golf Products, Inc.<br>1340 N. Jefferson St<br>Anaheim, CA 92807 | Comerica Bank<br>75 E. Trimble Ln.<br>Mail Code 4770<br>San Jose, CA 95131 |
| US Eagle Litho, Inc.<br>582 Progress St.<br>Elizabeth, NJ 07201 | Comerica Bank<br>75 E. Trimble Ln.<br>Mail Code 4770<br>San Jose, CA 95131 |
| Traffic Control Service, Inc. (Arizona)<br>3610 E. Anne Street<br>Phoenix, AZ 85040 | Comerica Bank<br>75 E. Trimble Ln.<br>Mail Code 4770<br>San Jose, CA 95131 |
| US Eagle Corporation<br>582 Progress St.<br>Elizabeth, NJ 07201 | NJ Department of Environmental Protection<br>401 East State St<br>Trenton, NJ 08625 |

RLF1-3234449-1

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
**District of New Jersey**

In re **Julius Realty Corporation**  
Debtor(s)

Case No. **11-10393 (NLW)**  
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 21, 2011**

Signature **/s/ Steven A. San Filippo**  
**Steven A. San Filippo**  
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.